UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80235-Civ-Brannon

JACQUELINE ANGLE and
others similarly situated,

    Plaintiff,

v.

DELRAY FOOD SERVICES, INC.,

    Defendant.
_____/

## ORDER APPROVING FLSA SETTLEMENT AGREEMENT
## AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE is before the Court on the parties' Joint Motion for Court Approval of Settlement Agreement and to Dismiss this Case with Prejudice ("Motion") [DE 44]. The Court held a fairness hearing on May 24, 2017 and has carefully reviewed the settlement agreement and the record in this case.

When a private action brought under the FLSA is settled, the Court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1353, 1355 (11th Cir. 1982). In scrutinizing the settlement, the Court must find that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1355. While FLSA provisions are mandatory, the Eleventh Circuit recognizes that there may be bona fide disputes as to FLSA coverage and thus, the Court may approve a settlement to "promote the policy of encouraging settlement of litigation." *Id.* at 1354. Where, as here, a settlement agreement was entered into in an adversarial context with both sides

1

represented by counsel throughout the litigation, the settlement agreement is "more likely to reflect a reasonable compromise" over disputed issues.  *Id.*

After an independent review of the record and careful review of the counseled parties' fully-executed settlement agreement—as discussed more fully at the fairness hearing—the Court concludes that the parties' settlement represents a fair and reasonable resolution of a bona fide FLSA dispute.

Accordingly, the Court **ORDERS AND ADJUDGES** that:

1. The Motion [DE 44] is **GRANTED.**
2. The parties' settlement agreement is **APPROVED**.
3. All pending motions are **DENIED AS MOOT.**
4. This case shall be **DISMISSED WITH PREJUDICE**.
5. The Clerk of Court shall **CLOSE THIS CASE**.
6. The Court shall retain jurisdiction to enforce the Settlement Agreement, if necessary.

**DONE** and **ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 24th day of May, 2017.

                                                */s/ Dave Lee Brannon*
                                                DAVE LEE BRANNON
                                                U.S. MAGISTRATE JUDGE